UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,

                Plaintiff,                      15-CV-785-V

     -v-

Judith E. Hafner,
 et al.,

                Defendants.
_____

## ORDER OF CONFIRMATION OF SALE

       Upon reading the Affidavit of Robert J. Kalb, Attorney for the Plaintiff, and upon all the pleadings and proceedings in this matter, which demonstrate to the satisfaction of the Court that the plaintiff is in all respects entitled to the relief herein granted, it is

       ORDERED and ADJUDGED that the Report of Sale of the United States Marshal in this matter be and the same hereby is in all respects ratified and confirmed, and that the sale therein mentioned be and hereby is absolute and binding forever.

   DATED:  Buffalo, New York, June 22, 2016.

                                        *s/ Lawrence J. Vilardo*
                                        LAWRENCE J. VILARDO
                                        UNITED STATES DISTRICT JUDGE